UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 11-820 CRB |
| Plaintiff, | ) ) | ORDER EXCLUDING TIME |
| v. | ) ) | |
| SANG QUANG UNG, | ) ) | |
| Defendant. | ) ) | |

For the reasons stated above, the Court finds that the exclusion of time from November 21, 2013 through and including November 26, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: November 22, 2013

HON. CHARLES R. BREYER
United States District Judge